# EXHIBIT 2

GURSKY LAW ASSOCIATES

June 17, 2005

Via Facsimile and Certified Mail
Uni-Con Floors, Inc.
*Attn: Ms. Katherine L. Hebert, President*
2137A South Main Street
Fall River, Massachusetts 02724
(508) 675-4177 (*facsimile*)
Certified Mail No.: 7003 1010 0002 3379 4462

Re: Performance of Masonry Work at URI – Heathman Hall
Violation of the Rhode Island Tile, Terrazzo, and Marble Agreement

Dear Ms. Hebert:

This office represents Bricklayers & Allied Craftsmen, Local 1. All future communications involving the above-matter should be directed to my attention.

Since on or about June 10, 2005, Uni-Com Flooring, Inc. has performed or subcontracted work covered by the terms of the Rhode Island Tile, Terrazzo, and Marble Agreement ("Agreement") in violation of Articles I, III, IV, VII, and related provisions of the Agreement.

The Union considers this violation to be wilful in nature. The Union requests that it and its Members be made whole.

Pursuant to Arbitration provisions of the Agreement (the second Article VII), three representatives of Local 1 and three representatives of your company are required to meet within the next three business days in an effort to resolve this matter. Please contact our office immediately to schedule the meeting. Failure to meet or resolve this matter within the next three business days (absent mutual agreement to the contrary) shall result in the submission of this matter to a representative of the International Union of Bricklayers & Allied Craftsmen and the President of the Contractors' Association.

In connection with this grievance, kindly forward any and all payroll reports, payroll checks, wage records, check stubs, journals, registers, audits, 941 quarterly returns, W-2 forms, tax records, time sheets, time cards, notes or other documents indicating wages, employee benefit fund contributions and hours worked for any and all individuals employed by Uni-Com Flooring, Inc. or any contractor or subcontractor retained or utilized by Uni-Com Flooring, Inc. performing work at the University of Rhode Island, Heathman Hall, in Kingston, Rhode Island, for the period January 1, 2005 to the present. Additionally, please provide me with any and all documents and correspondence which relate to communications between Uni-Com Flooring, Inc.

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com

**Ms. Katherine L. Hebert**
**June 17, 2005**
**Page Two**

and any contractor or subcontractor retailed or utilized by Uni-Com Flooring, Inc. to perform work at the University of Rhode Island, Heathman Hall, during the period January 1, 2005 to the present, including but not limited to any agreements or contracts to perform said work.

My client expects <u>immediate</u> compliance with the above request for information. In the event that the information is not received with seven (7) days of the date of this letter, I have authority to seek relief with the National Labor Relations Board.

Very truly yours,

Thomas R. Landry

cc: Joseph Contarino (via facsimile and first class mail only)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Pr
For delivery information visit our website at www.usps
OFFICIAL US [redacted]

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Sent To: Uni-Com Floors/K
Street, Apt. No.; or PO Box No. 2137A
City, State, ZIP+4 Fall Ri

7003 1010 0002 3374