# EXHIBIT 3

GURSKY LAW ASSOCIATES

October 4, 2005

Via Facsimile and First Class Mail
John Zajac, Esq.
Carmichael & Zajac, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2566 (facsimile)

| | |
|---|---|
| Client: | Bricklayers & Allied Craftworkers, Local 1 (Rhode Island) |
| Vs.: | Uni-Con Floors, Inc. |
| Project: | URI – Heathman Hall |
| Grievance: | Performance of Bargaining Unit Work in Violation of Agreement |

Mr. Zajac:

Please be advised that the President of the Contractors Association and the Representative of the IUBAC have not resolved the above-entitled dispute as set forth within the Rhode Island Tile, Terrazzo, and Marble Agreement ("Agreement"). Therefore, pursuant to Article VII of the Agreement (pp. 41-42), please contact me immediately so that we may select a neutral arbitrator to resolve this matter. We should also discuss whether the parties wish to designate their own arbitrators or waive the tripartite arbitration panel requirement contained within the Agreement.

Very truly yours,

Thomas R. Landry

cc: Mr. Joseph Contarino (*via facsimile and first class mail*)
(401) 946-5060 (facsimile)
Mr. Charles Raso (*via facsimile only*)
(617) 426-9737 (facsimile)
Mr. Paul G. Rocchio (*via facsimile only*)
(401) 433-1898 (facsimile)

**420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852**
**Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com**