# EXHIBIT 4

GURSKY LAW ASSOCIATES

October 12, 2005

Via Facsimile and First Class Mail
John Zajac, Esq.
Carmichael & Zajac, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2566 (facsimile)

Client: Bricklayers & Allied Craftworkers, Local 1 (Rhode Island)
Vs.: Uni-Con Floors, Inc.
Project: URI – Heathman Hall
Grievance: Performance of Bargaining Unit Work in Violation of Agreement

Mr. Zajac:

On October 4, 2005, I sent you a letter requesting that you contact me immediately for the purpose of selecting a neutral arbitrator to resolve the above-entitled dispute. In addition to the letter, I left messages at your office for you on October 6th and 11th. To date, however, you have not responded to any of my letters or phone calls.

Enclosed please find a draft Petition to Compel Arbitration. Should I not hear from you by the close of business on October 17th, I intend to file the same with the District Court. Unfortunately, your consistent refusal to respond to any of my letters or phone calls has left me with no other alternative.

Very truly yours,

Thomas R. Landry

cc: Mr. Joseph Contarino

420 Scrabbletown Road Suite C • North Kingstown, Rhode Island 02852
Tel: 401.294.4700 • Fax: 401.294.4702 • Email: rilaborlaw@aol.com

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), Petitioner, v. UNI-CON FLOORS, INC., Respondent. | C.A. No. 05- |

DRAFT

PETITION TO COMPEL ARBITRATION OF LABOR DISPUTE

1. Petitioner, Bricklayers & Allied Craftworkers, Local 1 (Rhode Island) is a labor organization with its principal place of business at 150 Midway Road, Suite 153, Cranston, Rhode Island.

2. Respondent Uni-Con Floors, Inc. Is a corporation with its principal place of business at 2137A South Main Street, Fall River, Massachusetts.

DRAFT

JURISDICTION

3. Jurisdiction is rested upon 29 U.S.C. §185 and R.I. Gen. Laws §28-9-5.

FACTS

4. At all times material, Local 1 and Uni-Con have been party to a collective bargaining agreement, a true copy of which is attached as Exhibit 1.

5. Article VII of the collective bargaining agreement provides for final and binding arbitration of grievances arising between the parties. (Exhibit 1, pp. 41-42)

6. Article III(7) of the Agreement prohibits Uni-Con from subcontracting bargaining unit work to a contractor that has neither signed nor agreed to be bound by a collective bargaining agreement with the International Union of Bricklayers and Allied Craftworkers. (Exhibit 1, p. 17)

DRAFT

7. Beginning on or about May 17, 2005, Uni-Con violated the Agreement by subcontracting bargaining unit work located at the University of Rhode Island, Heathman Hall, to an employer that had neither signed nor agreed to be bound by a collective bargaining agreement with the International Union of Bricklayers and Allied Craftworkers, in violation of Articles III(7), and related provisions.

8. In accordance with Article VII (Exhibit 1, pp. 41-42), the Union has submitted a grievance of the Article III(7) violation to Uni-Con and requested that it cure the violation, but it has refused.

10. A true and accurate copy of the grievance letter is attached as <u>Exhibit B</u>.

11. Following the refusal of Uni-Con to cure the violation, Local 1 made a demand, through its counsel, to arbitrate the dispute pursuant to the terms of the Agreement.

12. Notwithstanding the aforesaid demands, Uni-Con has failed to cure the Article III(7) violation or submit the dispute to arbitration.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Honorable Court:

DRAFT

(a) Award Petitioner compensatory damages, punitive damages, counsel fees and costs of suit;

DRAFT

(b) Direct Respondent to proceed to arbitration, in accordance with 29 U.S.C. §185 and R.I. Gen. Laws §28-9-5.

(c) Order such other relief as the Court deems just and proper.

Respectfully submitted,
PETITIONER,
By its Attorneys,

DRAFT

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: October ____, 2005