UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,
Petitioner,

v.

UNI-CON FLOORS, INC.,
Respondent.

C.A. No. 05-443 ML

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

NOW COMES Petitioner, Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), by and through its attorneys, and requests entry of default against Respondent pursuant to Fed. R. Civ. P. Rule 55(a).

As reasons therefore, Petitioner offers the accompanying affidavit.

Respectfully submitted,
PETITIONER,
By its Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: November 17, 2005

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage pre-paid, to the below-named individuals on this 17th of November, 2005.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,<br>Petitioner,<br><br>v.<br><br>UNI-CON FLOORS, INC.,<br>Respondent. | C.A. No. 05-443 ML |

AFFIDAVIT IN SUPPORT OF
APPLICATION TO CLERK FOR ENTRY OF DEFAULT

I, Thomas R. Landry, being duly sworn, depose and state as follows:

1. I am counsel of record to Petitioner and have personal knowledge of the facts set forth herein.

2. The Petition to Compel Arbitration of Labor Dispute (hereinafter, "Petition") in this case was filed on October 2, 2005. Respondent, through an agent, was served via certified mail with a summons and a copy of the Petition on October 22, 2005. Respondent, through its counsel, was served via certified mail with a summons and a copy of the Petition on October 24, 2005. Copies of the certified mail receipts are attached hereto as Exhibit A.

3. Greater than twenty (20) days have elapsed and Respondent has failed to plead or otherwise respond to the Petition.

4. Respondent was not, at the time of the commencement of this action, nor is Respondent now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Respondent an infant or incompetent.

5. Respondent has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

I, Thomas R. Landry, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Thomas R. Landry (#6148)

Subscribed and sworn to before me, by Thomas R. Landry, on this 17th day of November, 2004.

Notary Public
My Commission Expires On: 4/25/09

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage pre-paid, to the below-named individuals on this 17th of November, 2005.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780