# EXHIBIT A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Uni-Con Floors
2137A South Main Street
Fall River, MA 02724

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Scott Hebert ☒ Agent ☐ Addressee

B. Received by (Printed Name) SCOTT HEBERT

C. Date of Delivery 10/22/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 26 2005

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7099 3400 0009 4572 2593

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Zajac, Esquire
Carmichael & Zajac
170 High Street
Taunton, MA 02780

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Barbara
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
10-24-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number 7099 3400 0009 4572 2586
(*Transfer from service label*)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540