UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,
Petitioner,

v. C.A. No. 05-443 ML

UNI-CON FLOORS, INC.,
Respondent.

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

NOW COMES Petitioner, Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), by and through its attorneys, and requests entry of default against Respondent pursuant to Fed. R. Civ. P. Rule 55(a).

As reasons therefore, Petitioner offers the accompanying affidavit.

Respectfully submitted,
PETITIONER,
By its Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: November 17, 2005

DEFAULT HEREBY ENTERED:

DEPUTY CLERK 11/21/05