UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,<br>Petitioner,<br><br>v.<br><br>UNI-CON FLOORS, INC.,<br>Respondent. | C.A. No. 05-443 ML |

MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

NOW COMES Petitioner, Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), by and through its attorneys, and requests that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Fed. R. Civ. P. and direct Respondent to: (1) proceed to arbitration consistent with the terms of the Rhode Island Tile, Terrazzo, and Marble Agreement, dated September 11, 2001; and (2) pay Petitioner's counsel fees in the amount of $907.50 and filing fees in the amount of $250.00.

In support of this Motion, Petitioner relies upon the Affidavit of Joseph Contarino, filed contemporaneously herewith.

Respectfully submitted,
PETITIONER,
By its Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: January 3, 2006

CERTIFICATION

I hereby certify that a true copy of the within document was sent by certified mail, return receipt requested, postage pre-paid, to the below-named individuals on this 3rd day of January, 2006.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780