UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,
Petitioner,

v. C.A. No. 05-443 ML

UNI-CON FLOORS, INC.,
Respondent.

AFFIDAVIT OF JOSEPH CONTARINO
IN SUPPORT OF JUDGMENT BY DEFAULT

I, Joseph Contarino, being duly sworn, depose and state as follows:

1. I am the Business Manager of Petitioner, International Union of Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), AFL-CIO ("Petitioner"), a labor organization with its principal place of business at 150 Midway Road, Suite 153, Cranston, Rhode Island.

2. Respondent, Uni-Con Floors, Inc. ("Respondent"), is party to the Rhode Island Tile, Terrazzo, and Marble Agreement, dated September 11, 2001 ("Agreement"), which provides for final and binding arbitration of grievances arising between the parties. On June 17, 2005, counsel for Petitioner filed a grievance against Respondent alleging violation of the Agreement.

3. Beginning on October 4, 2005, counsel for Petitioner made multiple demands upon Respondent, both oral and in writing, that the parties select an arbitrator and submit the dispute to arbitration pursuant to the terms of the Agreement. To date, Respondent has failed to respond to any of the aforesaid written and oral demands.

4. To date, Respondent has failed to cure its violation of the Agreement, participate in the selection of an arbitrator, or otherwise submit the dispute to arbitration.

5. Petitioner has thus far expended filing fees in the amount of $250.00 and counsel fees in the amount of $907.50 in prosecuting this action.

6 In light of the foregoing, Petitioner requests that the Court: (a) order Respondent to select an arbitrator and otherwise proceed to arbitration consistent with the terms of the Agreement; and (b) enter judgment in the amount of $1,157.50.

7. The foregoing is true and accurate to the best of my knowledge.

Dated: January 3, 2006

I, Joseph Contarino, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Joseph L Contarino

Joseph Contarino

Subscribed and sworn to before me, by Joseph Contarino, on this 3rd day of January, 2006.

Kathleen Sullivan

Notary Public

My Commission Expires On: 4/25/09

CERTIFICATION

I hereby certify that a true copy of the within document was sent by certified mail, return receipt requested, postage pre-paid, to the below-named individuals on this 3rd day of January, 2006.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780