UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO, Petitioner, | |
| v. | C.A. No. 05-443 ML |
| UNI-CON FLOORS, INC., Respondent. | |

PETITIONER'S MOTION TO ADJUDGE IN CONTEMPT

NOW COMES Petitioner, Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), by and through its attorneys, and requests that this Honorable Court adjudge Respondent, Uni-Con Floors, Inc., in contempt of a Judgment entered on February 8, 2006.

In support of this Motion, Petitioner offers the accompanying Memorandum.

Respectfully submitted,
PETITIONER,
By its Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: May 19, 2006

CERTIFICATION

I hereby certify that a true copy of the within document was sent by certified mail, return receipt requested, postage pre-paid, to the below-named individuals on this 19th day of May, 2006.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,
Petitioner,

v.

UNI-CON FLOORS, INC.,
Respondent.

C.A. No. 05-443 ML

MEMORANDUM IN SUPPORT OF
PETITIONER'S MOTION TO ADJUDGE IN CONTEMPT

This matter is before the Court on Petitioner's motion to adjudge respondent in contempt for failure to comply with the terms of the Judgment entered by this Court on February 8, 2006. The facts are as follows:

1. On February 8, 2006, Judgment was entered by this Court. (Exhibit A).

2. The terms of the Judgment require respondent to:

(a) proceed to arbitration consistent with the terms of the Rhode Island Tile, Terrazzo, and Marble Agreement, dated September 11, 2001; and

(b) pay Petitioner's counsel fees in the amount of $907.50 and filing fees in the amount of $250.00.

3. On February 27, 2006, Petitioner's counsel sent, via facsimile and first class mail, a letter and a copy of the Judgment to Respondent and Respondent's counsel. The letter enclosed with the Judgment states, in relevant part:

> [p]lease contact me immediately to make arrangements for the arbitration of the underlying controversy and payment of the

> [Petitioner]'s counsel fees and costs associated with this litigation. Should you fail to do so, I will ask the U.S. District Court to take all appropriate actions against [Respondent].

(Exhibit B).

4. As of this date, Respondent has failed to proceed to arbitration or pay Petitioner pursuant to the terms of the Judgment as set forth above.

Therefore, Petitioner requests that this Honorable Court hold respondent in contempt, award Petitioner legal fees and costs for this action, and order such other legal or equitable relief as the Court deems appropriate.

Respectfully submitted,
PETITIONER,
By its Attorneys,

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: May 19, 2006

CERTIFICATION

I hereby certify that a true copy of the within document was sent by certified mail, return receipt requested, postage pre-paid, to the below-named individuals on this 19th day of May, 2006.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780