# EXHIBIT A

FEB 10 2006

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 08 2006
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTWORKERS, LOCAL 1 (RHODE ISLAND), AFL-CIO,
Petitioner,

v.

UNI-CON FLOORS, INC.,
Respondent.

C.A. No. 05-443 ML

## JUDGMENT

On January 3, 2006, Petitioner, International Union of Bricklayers & Allied Craftworkers, Local 1 (Rhode Island), AFL-CIO ("Petitioner"), requested that this Court enter judgment by default against Respondent, Uni-Con Floor, Inc. ("Respondent"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. Petitioner's motion for entry of judgment by default is granted;

2. Respondent is directed to: (a) proceed to arbitration consistent with the terms of the Rhode Island Tile, Terrazzo, and Marble Agreement, dated September 11, 2001; and (b) pay Petitioner's counsel fees in the amount of $907.50 and filing fees in the amount of $250.00.

ENTER:

Mary M. Lisi
Judge Mary M. Lisi
U.S. District Court Judge

Dated: 2/8/06

PER ORDER:

D. Duland
Deputy Clerk 2/8/06

Attest to
True Copy
DAVID A. DIMARZIO
By ______
Deputy Clerk

6

Presented by:

Thomas R. Landry, Esq. (#6148)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, Rhode Island 02852
(401) 294-4700
(401) 294-4702 (facsimile)

Dated: February 6, 2006

CERTIFICATION

I hereby certify that a true copy of the within Judgment was sent via first class mail, postage pre-paid, to the below-named individuals on this 6th day of February, 2006.

Uni-Con Floors, Inc.
2137A South Main Street
Fall River, MA 02724

John Zajac, Esq.
Carmichael & Zajac
170 High Street
Taunton, MA 02780