# EXHIBIT B

GURSKY LAW ASSOCIATES

February 27, 2006

Via Facsimile and First Class Mail
John Zajac, Esq.
Carmichael & Zajac, P.C.
170 High Street
Taunton, MA 02780
(508) 821-2566 (facsimile)

Re: IUBAC, Local 1 (Rhode Island), AFL-CIO v. Uni-Con Floors, Inc.
C.A. No. 05-443 ML
Judgment

Dear Mr. Zajac:

Enclosed please find a copy of the Judgment in the above-entitled matter. In light of your failure to enter any appearance in this matter, a copy of same is being forwarded to Uni-Con Floors, Inc.

Please contact me immediately to make arrangements for the arbitration of the underlying controversy and payment of the Union's counsel fees and costs associated with this litigation. Should you fail to do so, I will ask the U.S. District Court to take all appropriate actions against Uni-Con Floors, Inc.

Very truly yours,

Thomas R. Landry

enclosure
cc: Mr. Joseph Contarino
Uni-Con Floors, Inc.

GURSKY LAW ASSOCIATE

*420 Scrabbletown Road, Suite C*
*North Kingstown, Rhode Island 02852*
*Email: rilaborlaw@aol.com*
*Tel: 401.294.4700*
*Fax: 401.294.4702*

# FAX TRANSMISSION SHEET

**TO:** John Zajac, Esq.
**Cc:** Uni-Con Floors, Inc.; Joseph Contarino

**FROM:** Thomas R. Landry, Esq.

**FAX NO.:** (508) 821-2566; (508) 675-4177; (401) 946-5060

**DATE:** February 27, 2006

**RE:** IUBAC, Local 1 v. Uni-Con Floors, Inc.
C.A. No. 05-443 ML
Judgment

**NO. OF PAGES (including cover page):** 4

---

**MESSAGE:**

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, you are hereby notified that only dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.*

*****************************
*** ACTIVITY REPORT TX/RX ***
*****************************

| ST. TIME | DESTINATION ADDRESS | DESTINANTION ID | JOB NO. | MODE | PGS. | RESULT |
|---|---|---|---|---|---|---|
| *02/15 11:12 | 9468833 | IBEW 2323 | 0469 | TX ECM | 2 | OK 00'48 |
| *02/15 11:44 | 4013315886 | | 5767 | RX ECM | 2 | OK 00'36 |
| *02/15 11:54 | 7252 | | 5768 | RX G3 | 2 | OK 00'43 |
| *02/15 12:47 | 4017392287 | | 5769 | RX ECM | 3 | OK 00'59 |
| *02/15 14:41 | 4019465060 | | 5770 | RX ECM | 3 | OK 01'07 |
| *02/15 16:07 | 9465060 | | 0470 | TX ECM | 6 | OK 02'01 |
| *02/15 16:18 | 14018252973 | | 5771 | RX ECM | 2 | OK 00'25 |
| *02/15 23:06 | 14014381841 | | 5772 | RX ECM | 4 | OK 01'15 |
| *02/16 07:11 | UNKNOWN | | 5773 | RX ECM | 3 | OK 00'36 |
| *02/16 10:34 | UNKNOWN | | 5774 | RX ECM | 2 | OK 00'41 |
| *02/16 11:23 | UNKNOWN | | 5775 | RX ECM | 1 | OK 00'41 |
| *02/16 12:45 | 9465060 | | 0471 | TX ECM | 8 | OK 05'29 |
| *02/16 12:56 | 6174210263 | | 5776 | RX ECM | 1 | OK 00'18 |
| *02/16 14:28 | 401 462 8506 | | 5777 | RX ECM | 3 | NG 02'48 |
| *02/16 14:36 | 401 462 8506 | | 5778 | RX ECM | 1 | OK 01'02 |
| *02/16 14:39 | 4676816 | CARP FUND | 0472 | TX ECM | 1 | OK 00'14 |
| *02/16 15:23 | 2221099 | | 0473 | TX ECM | 2 | OK 00'43 |
| *02/16 15:34 | 4017392287 | | 5779 | RX ECM | 3 | OK 01'09 |
| *02/16 15:49 | 7253 | | 5780 | RX G3 | 5 | OK 01'57 |
| *02/17 09:30 | 860 546 1300 | | 5781 | RX ECM | 1 | OK 02'06 |
| *02/17 09:52 | 3332551 | | 0474 | TX ECM | 1 | OK 00'13 |
| *02/17 09:57 | 4679480 | | 0475 | TX ECM | 2 | OK 00'22 |
| *02/17 10:29 | 16174510763 | | 0476 | TX ECM | 4 | OK 00'44 |
| *02/17 12:08 | 3494310 | | 0477 | TX G3 | 2 | OK 01'15 |
| *02/17 13:25 | 978 281 2905 | | 5782 | RX ECM | 3 | OK 01'25 |
| *02/17 13:54 | UNKNOWN | | 5783 | RX ECM | 20 | OK 13'31 |
| *02/17 14:15 | 4676838 | | 0478 | TX ECM | 3 | OK 00'36 |
| *02/17 14:38 | UNKNOWN | | 5784 | RX ECM | 3 | OK 03'05 |
| *02/17 15:51 | 6174210263 | | 5785 | RX ECM | 1 | OK 00'19 |
| *02/17 16:08 | 9468833 | | 0479 | TX ECM | 1 | OK 00'45 |
| *02/18 20:30 | 14014381841 | | 5786 | RX ECM | 4 | OK 02'59 |
| *02/20 10:59 | 14014381841 | | 5787 | RX ECM | 1 | OK 00'31 |
| *02/20 14:03 | 4628884 | | 0480 | TX ECM | 2 | OK 00'34 |
| *02/20 16:25 | UNKNOWN | | 5788 | RX ECM | 4 | OK 01'10 |
| *02/20 20:40 | 14014381841 | | 5789 | RX ECM | 1 | OK 00'31 |
| *02/21 07:28 | 4676838 | CARP 94 | 0481 | TX ECM | 4 | OK 00'36 |
| *02/21 09:02 | 401 351 6977 | | 5790 | RX ECM | 2 | OK 00'29 |
| *02/21 09:53 | UNKNOWN | | 5791 | RX ECM | 1 | OK 00'34 |
| *02/21 10:08 | UNKNOWN | | 5792 | RX ECM | 3 | OK 00'55 |
| *02/21 10:12 | 7252 | | 5793 | RX G3 | 6 | OK 01'47 |
| *02/21 12:04 | 4311893 | IBT 251 | 0482 | TX ECM | 2 | OK 00'17 |
| *02/21 12:35 | UNKNOWN | | 5794 | RX FAX | 0 | NG 00'48 #005 |
| *02/21 14:24 | UNKNOWN | | 5795 | RX ECM | 2 | NG 00'32 |
| *02/21 14:25 | UNKNOWN | | 5796 | RX ECM | 14 | OK 03'21 |
| *02/21 14:32 | UNKNOWN | | 5797 | RX ECM | 2 | OK 00'53 |
| *02/21 15:01 | 401 444 3540 | | 5798 | RX ECM | 1 | OK 00'20 |
| *02/21 15:04 | 203 579 5612 | | 5799 | RX ECM | 1 | OK 00'26 |
| *02/21 15:10 | 18663026461 | | 0483 | TX ECM | 4 | OK 00'36 |
| *02/21 16:22 | 8888888888888 | | 5800 | RX ECM | 1 | OK 00'50 |
| *02/21 16:59 | 2738780 | | 0484 | TX ECM | 4 | OK 00'37 |
| *02/21 17:05 | UNKNOWN | | 5801 | RX ECM | 1 | OK 00'22 |
| *02/22 08:46 | 401 467 6816 | | 5802 | RX ECM | 1 | OK 00'21 |
| *02/22 08:47 | 401 467 6816 | | 5803 | RX ECM | 2 | OK 00'33 |
| *02/22 10:16 | UNKNOWN | | 5804 | RX ECM | 2 | OK 00'38 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *02/22 10:46 | UNKNOWN | | 5805 | RX | ECM | 1 | OK | 00' 23 |
| *02/22 10:49 | 4352140 | | 0485 | TX | ECM | 9 | OK | 01' 37 |
| *02/22 11:22 | 4561210 | | 0486 | TX | ECM | 3 | OK | 00' 24 |
| *02/22 11:54 | 16175656725 | | 0487 | TX | ECM | 24 | OK | 08' 30 |
| *02/22 12:03 | 4311893 | IBT 251 | 0488 | TX | ECM | 10 | OK | 01' 57 |
| *02/22 14:42 | 3494310 | | 0489 | TX | FAX | 0 | NG | 00' 00<br>STOP |
| *02/22 14:45 | 16175656725 | | 0490 | TX | ECM | 10 | OK | 03' 43 |
| *02/22 15:03 | 2701051 | | 0491 | TX | ECM | 5 | OK | 00' 53 |
| *02/22 15:35 | 7252 | | 5806 | RX | G3 | 2 | OK | 00' 49 |
| *02/22 16:59 | 6174210263 | | 5807 | RX | ECM | 1 | OK | 00' 19 |
| *02/22 20:29 | 14014381841 | | 5808 | RX | ECM | 8 | OK | 02' 09 |
| *02/22 20:58 | 14014381841 | | 5809 | RX | ECM | 8 | OK | 02' 15 |
| *02/23 11:54 | 2224447 | | 0492 | TX | ECM | 5 | OK | 01' 45 |
| *02/23 11:56 | 2701051 | | 0492 | TX | ECM | 5 | OK | 01' 04 |
| *02/23 12:04 | 4676838 | | 0493 | TX | ECM | 7 | OK | 01' 03 |
| *02/23 13:55 | 401 435 2140 | | 5810 | RX | ECM | 8 | OK | 01' 15 |
| *02/23 15:13 | 3516977 | | 0494 | TX | ECM | 13 | OK | 01' 24 |
| *02/24 09:23 | UNKNOWN | | 5811 | RX | G3 | 1 | OK | 01' 06 |
| *02/24 11:50 | 401 467 6816 | | 5812 | RX | ECM | 3 | OK | 00' 44 |
| *02/24 13:49 | 401 467 6816 | | 5813 | RX | ECM | 2 | OK | 00' 29 |
| *02/24 13:50 | 4012740226 | | 5814 | RX | ECM | 3 | OK | 01' 13 |
| *02/24 13:53 | 3517596 | | 0495 | TX | ECM | 16 | OK | 03' 21 |
| *02/24 13:57 | 3516977 | | 0496 | TX | ECM | 16 | OK | 01' 39 |
| *02/24 14:27 | UNKNOWN | | 5815 | RX | FAX | 0 | NG | 00' 43<br>#005 |
| *02/24 15:27 | 4571150 | | 0497 | TX | ECM | 3 | OK | 00' 37 |
| *02/24 15:47 | UNKNOWN | | 5816 | RX | ECM | 24 | OK | 06' 18 |
| *02/27 08:18 | 0115062251082 | | 0498 | TX | FAX | 0 | NG | 00' 33 |
| *02/27 08:22 | 0115062251082 | | 0498 | TX | ECM | 5 | OK | 01' 48 |
| *02/27 09:34 | 4012224447 | | 5817 | RX | ECM | 2 | OK | 00' 46 |
| *02/27 09:38 | UNKNOWN | | 5818 | RX | G3 | 1 | OK | 01' 07 |
| *02/27 11:30 | 7518983 | | 0499 | TX | ECM | 2 | OK | 00' 44 |
| 02/27 12:03 | 9418452 | | 0500 | TX | ECM | 1 | OK | 00' 27 |
| 02/27 12:11 | 3517596 | | 0501 | TX | ECM | 3 | OK | 00' 53 |
| 02/27 13:44 | 4012731177 | | 5819 | RX | ECM | 4 | OK | 00' 34 |
| 02/27 13:55 | 6174210263 | | 5820 | RX | ECM | 2 | OK | 00' 27 |
| 02/27 13:57 | UNKNOWN | | 5821 | RX | ECM | 2 | OK | 00' 32 |
| 02/27 14:11 | 16177238443 | | 0502 | TX | ECM | 15 | OK | 01' 40 |
| 02/27 14:19 | 8610909 | | 0503 | TX | FAX | 2 | NG | 00' 00<br>#995 |
| 02/27 14:22 | 6835295 | | 0504 | TX | ECM | 2 | OK | 00' 20 |
| 02/27 14:27 | 4017392287 | | 5822 | RX | ECM | 5 | OK | 01' 53 |
| 02/27 14:34 | 7392287 | | 0505 | TX | ECM | 4 | OK | 01' 07 |
| 02/27 14:35 | 4571150 | DIST 1199 | 0506 | TX | ECM | 3 | OK | 00' 32 |
| 02/27 14:39 | 8744803 | | 0507 | TX | ECM | 7 | OK | 02' 27 |
| 02/27 14:42 | 3 | | 0508 | TX | FAX | 0 | NG | 00' 23<br>STOP |
| 02/27 14:49 | 15088212566 | | 0509 | TX | ECM | 4 | OK | 00' 49 |
| 02/27 14:50 | 15086754177 | | 0509 | TX | ECM | 4 | OK | 00' 37 |